UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-11216
_____


THE HERTZ CORPORATION;
RELIANCE INSURANCE COMPANY,

                                        Plaintiffs-Appellees,

                        versus

BEATRIZ PAP; SANTA RIVERA;
SABINO SALAZAR; MANUEL GARCIA
VELAZQUEZ; BRAULIA HERNANDEZ
VELAZQUEZ; ESPERANZA FLORES
MORALES,Individually; ESPERANZA
FLORES MORALES, As Representative
of the Estate of Jose Medina, Deceased,

                                        Defendants-Appellants.

_____

Appeal from the United States District Court for the
Northern District of Texas
(4:93-CV-518-Y)
_____
September 11, 1996

Before HIGGINBOTHAM, DUHÉ, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendants-appellants appeal from an adverse summary judgment

entered in favor of plaintiffs-appellees on their action for

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

declaratory judgment.  After carefully reviewing the arguments, briefs and record on appeal, we find no merit to the claims made on appeal and affirm essentially for the reasons contained in the district court's comprehensive opinion.  *See The Hertz Corp. et al. v. Pap, et al.*, No. 4:93-CV518X (N.D.Tex. Dec. 14, 1995).[1]

AFFIRMED.

---

[1] The appellants' claim that the judgment of the district court was premature was not pursued in the district court.  In any event, the claim is frivolous and has been rejected by this court.  *See Western Heritage Insurance Co. v. River Entertainment*, 998 F.2d 311, 315 (5th Cir. 1993).